UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARBY CANFIELD,<br><br>    Defendant. | CASE NO. CR24-062 JNW<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Conspiracy to Commit Bank Fraud; Bank Fraud; Aggravated Identity Theft; Money Laundering; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   May 7, 2024.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant was arrested in the Northern District of New York pursuant to an arrest warrant issued by this District, ordered detained, and transported to this District. He is a lifelong resident of New York and has no ties to this District. His criminal record includes active warrants, and non-compliance while on supervision. Defendant lacks significant employment history, and he has a lengthy history of substance abuse.

2. Defendant poses a risk of nonappearance based on criminal history, active bench warrants, lack of employment, substance use history, and prior non-compliance with supervision. Defendant poses a risk of danger based on possible gang association, criminal history, a history of firearm possession, and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 7th day of May, 2024.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3