UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARBY CANFIELD,<br><br>Defendant. | CASE NO. 2:24-cr-62-JNW-2<br><br>ORDER EXTENDING TIME TO RESPOND AND RESETTING HEARING |

Having considered the record and the Parties' agreed Motion for Extension of Time, the Court finds good cause to extend the briefing schedule and reset the hearing. Accordingly, the Court GRANTS the Motion, Dkt. No. 42.

Hearing on Defendant's Motion to Reopen Detention Hearing, Dkt. No. 41, is RESET for August 4, 2024. The Government will file its response to that motion no later than July 30, 2024.

Dated this 26th day of July, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** EXTENDING TIME TO RESPOND AND RESETTING HEARING - 1