THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DARBY CANFIELD,<br><br>              Defendant. | No. CR24-062-JNW<br><br>ORDER CONTINUING SENTENCING HEARING |

THE COURT has considered Darby Canfield's unopposed motion to continue sentencing hearing and the records in this case.

IT IS ORDERED that Darby Canfield's sentencing hearing is continued from January 9, 2025, to January 30, 2025.

DONE this 25th day of November, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Darby Canfield

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**