THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARBY CANFIELD,<br><br>    Defendant. | No. CR24-062-JNW<br><br>ORDER CONTINUING SENTENCING HEARING |

THE COURT has considered Darby Canfield's second unopposed motion to continue sentencing hearing and the records in this case.

IT IS ORDERED that Mr. Canfield's sentencing hearing is continued from January 30 to March 13, 2025.

DONE this 13th day of January 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Darby Canfield

ORDER CONTINUING SENTENCING HEARING
(*United States v. Canfield,* CR24-062-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100